# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,   :   Case No. 3:11-cr-048

                                District Judge Walter Herbert Rice
- vs -                          Magistrate Judge Michael R. Merz

LONNIE JOHNSON,

        Defendant.   :

## ORDER WITHDRAWING REPORT AND RECOMMENDATIONS

Defendant having voluntarily dismissed his § 2255 Motion (ECF No. 23), the Report and Recommendations for its involuntary dismissal with prejudice (ECF No. 31) is WITHDRAWN.

March 27, 2017.

                                                        s/ *Michael R. Merz*
                                                     United States Magistrate Judge